# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Kirby Risk Corporation | 12/9/2022 | Wire | $ 5,437.50 |
| Akorn Operating Company, LLC | Kirby Risk Corporation | 1/27/2023 | Wire | $ 27,879.60 |
|  |  |  |  | $ 33,317.10 |